H. W. Robinson & Co. ET AL. v. United States

No. 6667.—Invoices dated Gateshead, England, May 1945, etc.
Certified May 1945, etc.
Entered at New York, N. Y., June 12, 1945, etc.
Entry No. 735609, etc.

(Decided December 23, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

Gimbel Bros., Inc., ET AL. v. United States

No. 6668.—Invoices dated London, England, January 16, 1942, etc.
Certified January 16, 1942, etc.
Entered at New York, N. Y., February 23, 1942, etc.
Entry No. 739916, etc.

(Decided December 23, 1946)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Tilson, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.
Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.